JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2006

FILED
CLERK'S OFFICE

**MDL 1763**

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1763*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### TRANSFER ORDER

This litigation currently consists of five actions in the District of New Jersey and one action each in the Northern District of Ohio and the Northern District of Oklahoma, as listed on the attached Schedule A. Defendant Regeneration Technologies, Inc. (RTI) moves the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing these seven actions in the District of New Jersey.[1] RTI's motion is supported by defendant Tutogen Medical, Inc., defendant SpinalGraft Technologies, LLC (SGT) and associated entities,[2] and plaintiffs in two District of New Jersey actions. Plaintiffs in two potential tag-along actions pending, respectively, in the District of New Jersey and the Northern District of Florida, oppose centralization; these plaintiffs alternatively support transfer to the Northern or Southern District of Florida. Plaintiff in the other Northern District of Florida potential tag-along action supports transfer to the Southern District of Florida. Plaintiffs in two potential tag-along actions in the Southern District of West Virginia and plaintiffs in a potential tag-along action in Northern District of Ohio support transfer to the Southern District of West Virginia. Additionally, plaintiffs in two Northern District of Alabama potential tag-along actions and plaintiffs in the Southern District of Ohio potential tag-along action support transfer to the district in which their respective action is pending.

---

[1] The Panel has been notified of an additional 42 actions pending in the following districts: eight actions in the Middle District of Louisiana; five actions in the District of New Jersey; three actions each in the Eastern District of New York and the Northern District of Ohio; two actions each in the Northern District of Alabama, the Northern District of Florida, the Northern District of Georgia, the Northern District of Iowa, the District of South Carolina, the Western District of Tennessee, and the Southern District of West Virginia; and one action each in the Southern District of California, the Southern District of Indiana, the Western District of Kentucky, the District of Minnesota, the Western District of New York, the Middle District of North Carolina, the Southern District of Ohio, the Eastern District of Pennsylvania, and the Eastern District of Texas. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] SGT is a single-member limited liability company. Its sole member is Medtronic Sofamor Danek USA, Inc., which is a wholly owned subsidiary of Medtronic Sofamor Danek, Inc., which in turn is a wholly owned subsidiary of Medtronic, Inc. These entities are named in various combinations in all but one action now before the Panel.

**OFFICIAL FILE COPY**

EXHIBIT B

PAGE 1 OF 16

IMAGED JUN 21 2006

On the basis of the papers filed and hearing session held, the Panel finds that these seven actions involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share allegations concerning a scheme by defendant BioMedical Tissue Services, Ltd. (BTS) to harvest tissue from human corpses without proper consent and sell the tissue to other defendants, which are tissue processing companies. Plaintiffs claim that the defendant processors processed the BTS-supplied tissue without checking or following procedures to determine the origin, nature, or suitability of the tissue for human transplantation. Moreover, some plaintiffs contend that the processor defendants engaged in flawed procedures that did not cleanse the received tissue as those defendants represented; relatedly, plaintiffs also allege that defendants distributing the tissue failed to check or follow procedures to determine the source or viability of such tissue. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs contend that centralization is not needed because the actions lack a common factual basis, since they necessarily involve different tissue implants, several different defendants, and likely different damages. We disagree. The alleged improprieties regarding the illegal harvesting, flawed processing and/or inappropriate distributing of human tissue forms the factual backdrop to all actions presently before the Panel. Transfer under Section 1407 will offer the benefit of placing all actions in this docket before a single judge who can structure pretrial proceedings to accommodate all parties' legitimate discovery needs while ensuring that the common parties and witnesses are not subjected to discovery demands that duplicate activity that will occur or has occurred in other actions. Also, discovery with respect to any case-specific issues can proceed concurrently with discovery on common issues. *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976).

We conclude that the District of New Jersey is an appropriate transferee forum for this litigation. The District of New Jersey is where relevant documents and witnesses may be found, since BTS was based there, and one of the defendant tissue processors and several funeral homes from which the tissue was harvested are also located there.[3] By centralizing this litigation before Judge William J. Martini, who presides over all present actions and potential tag-along actions pending in the District of New Jersey, we are assigning this litigation to a jurist who has the experience necessary to steer this litigation on a prudent course.

---

[3] This district is the closest suggested transferee district to New York, which is the situs of ongoing criminal proceedings involving BTS's principals, Michael Mastromarino and Joseph Nicelli.

EXHIBIT B
PAGE 2 OF 16

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable William J. Martini for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

EXHIBIT  B

PAGE  3  OF  16

# SCHEDULE A

MDL-1763 -- In re Human Tissue Products Liability Litigation

### District of New Jersey

*Gary Pieper v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 1:06-433
*Arlene Sechtin v. Regeneration Technologies, Inc., et al.*, C.A. No. 2:06-135
*Anh Nguyen, et al. v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 2:06-417
*Anthony J. Vitola, et al. v. BioMedical Tissue Services, Ltd., et al.*, C.A. No. 2:06-466
*Heather Augustin v. Medtronic Sofamor Danek, Inc., et al.*, C.A. No. 2:06-467

### Northern District of Ohio

*Cindy Sciuva v. SpinalGraft Technologies, LLC, et al.*, C.A. No. 1:06-216

### Northern District of Oklahoma

*Paula L. Coleman v. Medtronic, Inc., et al.*, C.A. No. 4:05-741

EXHIBIT $B$
PAGE 4 OF 16

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

July 27, 2006

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL-1763 -- In re Human Tissue Products Liability Litigation

(See Attached CTO-1)

**FILED**

JUL 3 1 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

*Frazier v. Bio Medical*
*6:06-0198*

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 11, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Onisha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge:     Judge William J. Martini
    Transferor Judges:    (See Attached List of Judges)
    Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36

EXHIBIT __B__
PAGE __5__ OF __16__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1763*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

EXHIBIT  B
PAGE  6  OF 16

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
### DOCKET NO. 1763
### IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

ALABAMA NORTHERN
  ALN  2  06-712          Teresa Weathers v. Michael Mastromarino, et al.
  ALN  2  06-871          Frank D. Fife v. BioMedical Tissue Services, Ltd., et al.

CALIFORNIA SOUTHERN
  CAS  3  06-870          Eric Simila, et al. v. BioMedical Tissue Services, Ltd., et al.

FLORIDA NORTHERN
  FLN  1  06-73           Harriet P. King v. Medtronic Sofamor Danek USA, Inc., et al.
  FLN  1  06-91           Willie James Jones v. Regeneration Technologies, Inc., et al.

GEORGIA NORTHERN
  GAN  1  06-1056         Norman Zappa v. BioMedical Tissue Services, Ltd., et al.
  ~~GAN  1  06-1407~~         ~~Darlean Adams v. Medtronic Sofamor Danek USA, Inc., et al.~~  Vacated 7/21/06

IOWA NORTHERN
  IAN  3  06-3020         Jill Symonds v. BioMedical Tissue Services, Ltd., et al.
  IAN  3  06-3027         Robert Kalvig v. BioMedical Tissue Services, Ltd., et al.

INDIANA SOUTHERN
  INS  1  06-332          Brian Springer v. Biomedical Tissue Services, Ltd., et al.
  INS  1  06-930          Craig Kimmel v. Michael Mastromarino, et al.
  INS  1  06-931          A.R., et al. v. Michael Mastromarino, et al.

KENTUCKY WESTERN
  KYW  3  06-185          Gary Howlett, et al. v. Biomedical Tissue Services, Ltd., et al.

LOUISIANA MIDDLE
  LAM  3  06-170          Darrel Bourque, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-221          Deborah D. Brunet, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-222          Deridre Caruthers, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-275          Graden A. McCool, Jr., et al. v. Michael Mastromarino, et al.
  LAM  3  06-313          Velma Brock, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-314          Jack Blacklock, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-315          Genie T. Hoover, et al. v. Regeneration Technologies, Inc., et al.
  LAM  3  06-316          Daniel Ballard, et al. v. Regeneration Technologies, Inc., et al.

MINNESOTA
  MN  0  06-1596         Marlyn McDonald, et al. v. Medtronic, Inc., et al.

NORTH CAROLINA MIDDLE
  ~~NCM  1  06-432~~          ~~Donna Sanders, et al. v. Forsyth Memorial Hospital, Inc., et al.~~  Opposed 7/25/06

NEW YORK EASTERN
  NYE  1  06-1610         Beverly Epperson v. Regeneration Technologies, Inc., et al.
  NYE  1  06-2127         Sondra Nichols v. Medtronic Sofamor Danek, U.S.A., Inc., et al.
  NYE  1  06-2128         Mikol Bruce Miller, et al. v. Medtronic Sofamor Danek, U.S.A., Inc., et al.

EXHIBIT B
PAGE 7 OF 16

SCHEDULE OF ACTIONS (CTO-1) – DOCKET NO. 1763

DIST. DIV. C.A. #            CASE CAPTION

NEW YORK WESTERN
~~NYW 6 06-6140~~            ~~Cyndia Kennedy-McInnis, et al. v. Biomedical Tissue Services, Ltd., et al.~~  Opposed 7/20/06

OHIO NORTHERN
OHN  1  06-458            Jacqueline McCauley, et al. v. Biomedical Tissue Services, Ltd., et al.
OHN  1  06-646            Betty A. Myers, et al. v. BioMedical Tissue Services, Ltd., et al.
OHN  5  06-1252           Kelly Hatula-Espy, et al. v. BioMedical Tissue Services, Ltd., et al.

OHIO SOUTHERN
OHS  1  06-75            James Sunderman, et al. v. Regeneration Technologies Inc., et al.

OKLAHOMA NORTHERN
~~OKN  4  06-351~~            ~~Frank Davenport, et al. v. BioMedical Tissue Services, Ltd., et al.~~  Opposed 7/25/06

PENNSYLVANIA EASTERN
PAE  2  06-721            Darlene Krzywicki, et al. v. BioMedical Tissue Services, Ltd., et al.

SOUTH CAROLINA
SC   3  06-913            Sharon McKerley v. Medtronic Sofamor Danek USA, Inc., et al.
SC   8  06-1183           Kelly J. Sealy, et al. v. Medtronic Sofamor Danek, Inc., et al.

TENNESSEE EASTERN
TNE  3  06-217            Charles Wells, et al. v. BioMedical Tissue Services, Ltd., et al.

TENNESSEE WESTERN
TNW  2  06-2208           Daniel R. Adams v. BioMedical Tissue Services, Ltd., et al.
TNW  2  06-2209           Marlene Smith v. BioMedical Tissue Services, Ltd., et al.

TEXAS EASTERN
TXE  2  06-178            Alan Curt Schroeder v. Medtronic Sofamor Danek, USA, Inc., et al.

WEST VIRGINIA SOUTHERN
WVS  2  06-197            David Ramella v. BioMedical Tissue Services, Ltd., et al.
WVS  6  06-198            Jami Marie Frazier v. BioMedical Tissue Services, Ltd., et al.

EXHIBIT _B_
PAGE _8_ OF _16_

INVOLVED COUNSEL LIST (CTO-1)
DOCKET NO. 1763
IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Lopez, Hodes, Restaino, Milman & Skikos
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Bruce Garrett Anderson
Anderson & Horne, PLLC
517 W. Ormsby Avenue
Louisville, KY 40203

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309

Stanley P. Aronson
Aronson & Associates
3085 W. Market Street, Suite 130
Akron, OH 443333

Edmund C. Baird
Phillips Lytle, LLP
1400 First Federal Plaza
Rochester, NY 14614

Alexander E. Barnett
Mason Law Firm, P.C.
One Penn Plaza, Suite 4632
New York, NY 10119

H. Dill Battle, III
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321-0273

Lloyd N. Bell
Jones & Bell, P.C.
Two Ravinia Drive, Suite 1270
Atlanta, GA 30346

Kelly Cambre Bogart
Duplass, Zwain, Bourgeois, Morton, Pfister, et al.
Three Lakeway Center
3838 North Causeway Blvd., Suite 2900
Metairie, LA 70002

Philip Bohrer
Bohrer Law Firm, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Scott Earl Brady
Bohrer Law Firm, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Clark Otto Brewster
Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, OK 74114-5725

Walter K. Burton
Burton & Sue, L.L.P.
P.O. Box 20083
Greensboro, NC 27420

Bryan L. Capps
Gilreath & Associates
550 Main Avenue, Suite 600
Knoxville, TN 37901

W. Kyle Carpenter
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
900 South Gay Street, Ste. 900
Knoxville, TN 37901-0900

Lori Gail Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, N.W.
Suite 400, The Forum
Atlanta, GA 30327

Daniel A. Cook
Wickens, Herzer, Panza, Cook & Batista
35765 Chester Road
Avon, OH 44011-1262

James H. Cook
Dutton, Braun, Staack & Hellman
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

Jane Reed Cowdery
Holden & Carr
9 E 4th Street, Suite 200
Tulsa, OK 74103

Gordon R. Crawford
Gordon R. Crawford & Assoc.
324 E. Worthey Road
Gonzales, LA 70737-4235

Gray Thomas Culbreath
Collins & Lacy
P.O. Box 12487
Columbia, SC 29211

Joseph A. D'Avanzo
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannet Drive
White Plains, NY 10604

EXHIBIT ___B___
PAGE __9__ OF __16__

Kevin R. Dean
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Joseph J. Dehner
Frost, Brown & Todd, L.L.C.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

Joseph R. DiSalvo
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Darby Vincent Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1-A
P.O. Box 6227
Texarkana, TX 75505

Elbert Allen Dodd, Jr.
Scruggs Dodd & Dodd, PA
P.O. Box 681109
Ft. Payne, AL 36968-1109

Floyd J. Falcon, Jr.
Avant & Falcon
429 Government Street
P.O. Box 2667
Baton Rouge, LA 70821-2667

J. Anthony Farmer
Law Office of Tony Farmer
1356 Papermill Pointe Way
Knoxville, TN 37909

David W. Field
Lowenstein & Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Michael M. Fisher
Offutt, Fisher & Nord
P.O. Box 2833
Charleston, WV 25330-2833

Aaron J. Freiwald
Layser & Freiwald PC
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102

R. Christopher Gilreath
Gilreath & Associates
6256 Popular Avenue
Memphis, TN 38119

George G. Guthrie
Allen, Guthrie, McHugh & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

George R. Hardin
Hardin, Kundla, McKeon & Poletto, PA
673 Morris Avenue
P.O. Box 730
Springfield, NJ 07081-0730

William Hawal, Sr.
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East Ninth St.
Cleveland, OH 44114

James E. Hill, III
Lloyd, Gray & Whitehead, P.C.
The Colonial Bank Building
2501 20th Place, South, Suite 300
Birmingham, AL 35223

Andrew Judson Hill, III
Blasingame, Burch, Garrard, Bryant & Ashley
440 College Avenue North, Suite 320
P.O. Box 832
Athens, GA 30603-0832

Barry M. Hill
Hill & Williams, PLLC
89-12th Street
Wheeling, WV 26003

Dean Thomas Howell
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
Knoxville, TN 37901-0900

Mary Hulett
Ragsdale Liggett, PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

David Aaron Jagolinzer
Ferraro Law Firm
4000 Ponce De Leon Blvd., Suite 700
Miami, FL 33146

Christopher Joh Karpinski
Quintairos, Prieto, Wood & Boyer
215 S. Monroe St., Suite 510
Tallahassee, FL 32301-1804

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

EXHIBIT _B_
PAGE _10_ OF _16_

INVOLVED COUNSEL LIST (CTO-1) - MDL-1763

D. Bruce Kehoe
Wilson, Kehoe & Winingham
P.O. Box 1317
2859 N. Meridian Street
Indianapolis, IN 46206

Steven K. Kelley
Law Office of Steven K. Kelley
6133 Rockside Road, Ste 208
Independence, OH 44131

Jamie Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Mark S. Landman
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271

Jack Landskroner
Landskroner Grieco Madden, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Michael F. Lyon
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, OH 45202

John L. MacCorkle
MacCorkle, Lavender, Casey & Sweeney, LLC
P.O. Box 3283
Charleston, WV 25332

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
P.O. Box 3081
Charleston, WV 25331

Jason Mark
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Kevin A. Maxim
Troutman Sanders, L.L.P.
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

John R. McCravy, III
McCravy & Newton Law Firm, P.A.
1629 Bypass 72 NE
Greenwood, SC 29649

Kate S. McGrath
Marshall Dennehy Warner Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406

Derrick A. Mills
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Joseph B. Morton, III
Duplass, Zwain, Bourgeois, Morton, Pfister, et al.
Three Lakeway Center
3838 North Causeway Blvd.
Suite 2900
Metairie, LA 70002

Keith D. Munson
Womble Carlyle Sandridge & Rice
P.O. Box 10208
Greenville, SC 29603

Eileen O'Brien
Stoll, Keenon & Ogden
300 W. Vine Street, Suite 2100
Lexington, KY 40507-1801

Laura Lewis Owens
Alston & Bird, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Christopher L. Parker
Janik & Dorman
9200 South Hills Blvd., Suite 300
Cleveland, OH 44147-1367

Thomas M. Parker
Parker, Leiby, Hanna & Rasnick, L.L.C.
338 South Main Street, Suite 402
Akron, OH 44311

Joseph T. Perkins
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
677 Broadway
Albany, NY 12207

James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555

EXHIBIT B
PAGE 11 OF 16

INVOLVED COUNSEL LIST (CTO-1) - MDL-1763

Daniel E. Phillips
Solberg, Stewart, Miller & Tjon, Ltd.
P.O. Box 1897
Fargo, ND 58107-1897

C. Michael Piacentino
Piacentino & Piacentino
198 E. Center Street
Marion, OH 43302

Elizabeth A. Ratliff
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Center
1375 E. Ninth Street
Cleveland, OH 44114-1724

Robert William Richards
Richards Cross & Penn
516 E. Commerce Street
P.O. Box 1309
Jacksonville, TX 75766-1309

Jason Aaron Rodenbo
Erwin & Balingit LLP
501 West Broadway, Suite 1060
San Diego, CA 92101

Gerald P. Schneeweis
Morris, Polich & Purdy, LLP
501 West Broadway, Suite 500
San Diego, CA 92101-3544

Pamela S. Schremp
Law Office of Steven K. Kelley
6133 Rockside Road, Suite 208
Independence, OH 44131

Mary B. Scott
Abowitz, Timberlake & Dahnke, PC
105 North Hudson
10th Floor, Hightower Building
P.O. Box 1937
Oklahoma City, OK 73101

Michael C. Steele
Ice Miller, LLP
One American Square, Suite 3100
P.O. Box 82001
Indianapolis, IN 46282-0200

Deborah C. Stevens
Lewis, King, Krieg, Waldrop & Catron, P.C.
P.O. Box 2425
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901-2425

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202-3345

Frank M. Strigari
Office of the Attorney General
30th East Broad Street, 17th Floor
Columbus, OH 43215

Jamie Ranah Sweeny
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Brent L. Thompson
Rodolf & Todd
401 South Boston Avenue, Suite 2000
Tulsa, OK 74103

Monteith P. Todd
Sowell, Gray, Stepp & Laffitte, LLC
1310 Gadsden Street
P.O. Box 11449
Columbia, SC 29212

Joseph L. Tucker
Jackson & Tucker, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203-4203

Anthony A. Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Deborah A. Van Meter
McGlinchey Stafford, PLLC
643 Magazine St.
New Orleans, LA 70130

Paul B. Watkins
Law Offices of Paul B. Watkins
115 N. Main Street
Fairport, NY 14450

Karen M.R. Weber
Locke Reynolds LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

EXHIBIT __B__
PAGE __12__ OF __16__

INVOLVED COUNSEL LIST (CTO-1) - MDL-1763

John R. Whaley
Neblett, Beard & Arsenault
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190

Van Henri White
Law Office of Van White
18 Grove Place
Rochester, NY 14605

Stephen E. Whitehead
Lloyd, Gray & Whitehead, P.C.
The Colonial Bank Building
2501 20th Place, South, Suite 300
Birmingham, AL 35223

Michael J. Wiggins
Cabaniss, Smith, Toole & Wiggins, PL
485 N. Keller Rd., Suite 401
Maitland, FL 32751-5401

Jeffrey G. Wilhelm
Pepper Hamilton & Scheetz, LLP
500 Grant Street
50th Floor, One Mellon Bank Center
Pittsburgh, PA 15219-2502

Jason D. Winter
Janik & Dorman
9200 South Hills Blvd., Suite 300
Cleveland, OH 44147-1367

David James Worley
Motley Rice, LLC
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308

Virgil Jay Youngblood
Henslee, Fowler, Hepworth & Schwartz
110 N College, Suite 1116
Tyler, TX 75702

Charles A. Zambito
Foster, Foster & Zambito, LLP
5500 West Ridge Road
Spencerport, NY 14559

EXHIBIT __B__
PAGE __13__ OF __16__

INVOLVED JUDGES LIST (CTO-1)
DOCKET NO. 1763
IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Carol Bagley Amon
U.S. District Judge
908 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Michael R. Barrett
U.S. District Judge
815 Potter Stewart U.S.Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Mark W. Bennett
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 838
Sioux City, IA 51101

Hon. Frederic Block
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. J. Daniel Breen
U.S. District Judge
345 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Joseph R. Goodwin
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Paul W. Greene
U.S. Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Henry M. Herlong, Jr.
U.S. District Judge
P.O. Box 10469
Greenville, SC 29603-0469

Hon. James H. Jarvis
Senior U.S. District Judge
140 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. David G. Larimer
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

EXHIBIT B
PAGE 14 OF 16

INVOLVED JUDGES LIST (CTO-1) - MDL-1763

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Barry Ted Moskowitz
U.S. District Judge
5160 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Maurice M. Paul
Senior U.S. District Judge
U.S. District Courthouse
401 S.E. 1st Avenue, Suite 307
Gainesville, FL 32601

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Margaret B. Seymour
U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal Bldg & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Ralph B. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. N. Carlton Tilley, Jr.
Chief Judge
U.S District Judge
P.O. Box 3443
Greensboro, NC 27402-3443

EXHIBIT B
PAGE 15 OF 16

INVOLVED CLERKS LIST (CTO-1)
DOCKET NO. 1763
IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
100 East Houston Street #125
Marshall, TX 75670-4144

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James D. Hodges, Jr., Clerk
301 U.S. Courthouse
320 Sixth Street
Sioux City, IA 51101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Laura A. Briggs, Clerk
105 Birch Bayh Federal
Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. &
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip D. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S.
Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Rodney C. Early, Clerk
2120 Kenneth B. Keating Fed. Building
100 State Street
Rochester, NY 14614-1368

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1526
Parkersburg, WV 26102-1526

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal
Building
880 Front Street
San Diego, CA 92101-8900

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

EXHIBIT __B__
PAGE __16__ OF __16__