

AK Entity #: 25889F
Date Filed: 12/28/2007 12:00 AM
State of Alaska
Department of Commerce

State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business and Professional Licensing
Corporations Section
PO Box 110808
Juneau, AK 99811-0808

# Business Corporation
## 2008 Biennial Report
For the period ending December 31, 2007

| Alaska Entity # 25889F | Entity Mailing Address |
|---|---|
| GALEN HOSPITAL ALASKA, INC. | One Park Plaza<br>Nashville, TN 37203 |

| Name and Mailing Address of Registered Agent: | Physical Address of Agent if mailing Address is a PO Box or Mail Stop |
|---|---|
| C T Corporation System<br>801 W 10TH ST STE 300<br>JUNEAU, AK 99801 | |

☐ Check this box if there are no changes to the entity information listed below:

| Title | Name | Mailing Address | City, State, Zip | ☑ if Director | % Shares Held | ☑ if alien affiliate |
|---|---|---|---|---|---|---|
| President | Samuel N Hazen | One Park Plaza | Nashville TN 37203 | ☐ | | ☐ |
| Vice President | R Milton Johnson | One Park Plaza | Nashville TN 37203 | ☑ | | ☐ |
| Secretary | John M Franck II | One Park Plaza | Nashville TN 37203 | ☑ | | ☐ |
| Treasurer | David G Anderson | One Park Plaza | Nashville TN 37203 | ☐ | | ☐ |
| Director | R Milton Johnson | One Park Plaza | Nashville TN 37203 | ☑ | | ☐ |

Please note that this report may not be filed for the record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issues shares.

Enter any changes to the officer/director information listed above:

| Title | Name | Mailing Address | City, State, Zip | ☑ if Director | % Shares Held | ☑ if alien affiliate |
|---|---|---|---|---|---|---|
| President | | | | ☐ | | ☐ |
| Vice President | | | | ☐ | | ☐ |
| Secretary | Dora A. Blackwood | One Park Plaza | Nashville, TN 37203 | ☐ | | ☐ |
| Treasurer | | | | ☐ | | ☐ |
| Director | | | | ☐ | | ☐ |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 1/2 X 11 sheet of paper.
This report is public information. Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling (907) 465-2530 or visit our website at http://www.corporations.alaska.gov

| State of Domicile | Delaware | | | | |
|---|---|---|---|---|---|
| Total Number of Authorized Shares | 1000 | Class: | Common | Series: | |
| Description of Business Activities in Alaska | OPERATE HOSPITALS | | | NAICS Code | |

We have converted from SIC codes to NAICS codes. If the NAICS does not appear in the field above, it indicates that the SIC code did not have an exact match at the time of conversion. We will be updating the database as the new NAICS codes are identified.

EXHIBIT C
PAGE 1 OF 2

| 12/18/2007 | Signature *Shirley E. Scharf* | Assistant Secretary |
|---|---|---|
| Date | Shirley E. Scharf | Title |

This report is due on January 2nd and must be received with the applicable fees in U.S. funds.

| Domestic Entity - $100.00 | Foreign |
| If postmarked after February 1, 2008 - $137.50 | If postm |

Mail the completed report and the applicable fees to the address listed at the top of this form.

State of Alaska
Foreign Biennial Report 2 Page(s)

## GALEN HOSPITAL ALASKA, INC.

| Shareholders Holding 5% or More | % of Shares Held |
|---|---|
| Galen Holdco, LLC | 100% |

EXHIBIT C
PAGE 2 OF 2