Ryan A. Stuart, ABA # 0706036
DOHERTY & STUART, P.C.
750 West 2nd Avenue, Suite 105
Anchorage, AK 99501
rstuart@dohertystuart.com

Attorneys for
REGENERATION TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CHERYL BOWIE,

    Plaintiff,

vs.

MEDTRONIC, INC., REGENERATION TECHNOLOGIES, INC., SPINALGRAFT TECHNOLOGIES, GALEN HOSPITAL ALASKA, INC. d/b/a ALASKA REGIONAL HOSPITAL, and BIOMEDICAL TISSUES SERVICES, LTD.

    Defendants.

Case No. 3:08-cv-00090-TMB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Regeneration Technologies, Inc., now known as RTI Biologics, Inc., Cheryl Bowie, Galen Hospital Alaska, Inc. d/b/a Alaska Regional Hospital, and Medtronic, Inc., through respective counsel of record, and pursuant to Fed. R. Civ. P. 41 hereby stipulate to dismissal with prejudice of any and all claims that were, or could have been, asserted in this action. Each party shall bear its own costs and attorney fees. A proposed order is lodged herewith.

DATED at Anchorage, Alaska this 13th day of April, 2012.

DOHERTY & STUART, P.C.
Counsel for RTI Biologics, Inc.

By: /s/ Ryan A. Stuart
Ryan A. Stuart, ABA #0706036

DATED at Anchorage, Alaska this 13th day of April, 2012.

BOOKMAN & HELM, LLP
Counsel for Cheryl Bowie

By: /s/ Richard Helm
Richard Helm, ABA #8409077

DATED at Anchorage, Alaska this 13th day of April, 2012.

DELANEY WILES, INC.
Counsel for Galen Hospital Alaska, Inc.
d/b/a Alaska Regional Hospital

By: /s/ Tim Lamb
Timothy J. Lamb, ABA #8409080

DATED at Fairbanks, Alaska this ____ day of April, 2012.

CLAPP PETERSON TIEMESSEN
THORSNESS JOHNSON, LLC
Counsel for Medtronic, Inc.

By: _____
John J. Tiemessen, ABA #9111105

DOHERTY & STUART, P.C.
750 WEST 2ND AVENUE, SUITE 105
ANCHORAGE, ALASKA 99501
TEL (907) 279-4506
FAX (907) 279-4507

DATED at Anchorage, Alaska this ____ day of April, 2012.

        DOHERTY & STUART, P.C.
        Counsel for RTI Biologics, Inc.

By: _____
Ryan A. Stuart, ABA #0706036

DATED at Anchorage, Alaska this ____ day of April, 2012.

        BOOKMAN & HELM, LLP
        Counsel for Cheryl Bowie

By: _____
Richard Helm, ABA #8409077

DATED at Anchorage, Alaska this ____ day of April, 2012.

        DELANEY WILES, INC.
        Counsel for Galen Hospital Alaska, Inc.
        d/b/a Alaska Regional Hospital

By: _____
Timothy J. Lamb, ABA #8409080

DATED at Fairbanks, Alaska this 13th day of April, 2012.

        CLAPP PETERSON TIEMESSEN
        THORSNESS JOHNSON, LLC
        Counsel for Medtronic, Inc.

By: [signature] 0111063
for: John J. Tiemessen, ABA #9111105

DOHERTY & STUART, P.C.
750 WEST 2ND AVENUE, SUITE 105
ANCHORAGE, ALASKA 99501
TEL (907) 279-4506
FAX (907) 279-4507

Certificate of Service:
The undersigned hereby certifies that on the 16th day of April, 2012, a true and correct copy of this document was served on:

Richard Helm
BOOKMAN & HELM, LLP
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503

John J. Tiemessen
CLAPP, PETERSON, TIEMESSEN, THORSNESS & JOHNSON, LLC (FBKS)
411 4th Avenue, Suite 300
Fairbanks, AK 99701

Thomas Van Flein
CLAPP, PETERSON, TIEMESSEN, THORSNESS & JOHNSON, LLC
711 H Street, Suite 620
Anchorage, AK 99501

Timothy J. Lamb
DELANEY WILES, INC.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501

Denise Brinker Bense
COZEN O'CONNOR, PC
200 Four Falls Corporation Center
Suite 400, PO Box 800
West Conshohocken, PA 19428

Denise H. Houghton
COZEN O'CONNOR, PC
200 Four Falls Corporation Center
Suite 400, PO Box 800
West Conshohocken, PA 19428

Richard E. Wegryn, Jr.
COZEN O'CONNOR, PC
200 Four Falls Corporate Center
Suite 400, PO Box 800
West Conshohocken, PA 19428

Biomedical Tissues Services, Ltd.         NOT SERVED DUE TO UNDELIVERABLE MAIL ADDRESS
c/o Michael Mastromarino
8 Buckingham Road
Fort Lee, NJ 07024

By electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

_____
Linda Lojo, Legal Secretary
DOHERTY & STUART, P.C.

Stipulation for Dismissal With Prejudice
*Bowie v. RTI, et al.*, Case No. 3:08-cv-00090-TMB
Page 3 of 3

DOHERTY & STUART, P.C.
750 WEST 2ND AVENUE, SUITE 105
ANCHORAGE, ALASKA 99501
TEL (907) 279-4506
FAX (907) 279-4507