IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL BOWIE,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., REGENERATION TECHNOLOGIES, INC., SPINALGRAFT TECHNOLOGIES, GALEN HOSPITAL ALASKA, INC. d/b/a ALASKA REGIONAL HOSPITAL, and BIOMEDICAL TISSUES SERVICES, LTD.<br><br>Defendants. | Case No. 3:08-cv-00090-TMB |

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having fully considered the parties' Stipulation for Dismissal With Prejudice made pursuant to Fed. R. Civ. P. 41, hereby DISMISSES WITH PREJUDICE all claims brought, or which could have been brought, in this matter. Each party shall bear its own costs and attorney fees.

SO ORDERED.

Dated this 2nd day of May, 2012, at Anchorage, Alaska.

/s/ Timothy M. Burgess
Hon. Timothy M. Burgess
U.S District Judge